RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 28 2025

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ANTONIO VELEZ-LOPEZ,<br><br>Defendant. | CIVIL ACTION NO. 1:24-CV-01534<br><br>[PROPOSED] CONSENT JUDGMENT REVOKING NATURALIZATION |

The Court having considered the complaint filed by the United States of America ("Plaintiff") against Jorge Antonio Velez-Lopez ("Defendant") and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; Defendant having been advised by counsel of the implications of a revocation of U.S. citizenship; the parties having filed a joint motion for consent judgment; and Defendant having admitted that he illegally procured his naturalization and that he procured his naturalization by concealment of a material fact and willful misrepresentation as described in the complaint and joint motion; it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The joint motion for consent judgment is GRANTED;

2. In accordance with the Joint Motion For Consent Judgment (ECF No. 10), judgment is ENTERED in favor of the Plaintiff and against Defendant;

3. The Court FINDS and DECLARES that Defendant illegally procured his United States citizenship;

4. The Court FINDS and DECLARES that Defendant procured his United States citizenship by concealment of a material fact and willful misrepresentation;

5. The order admitting Defendant to United States citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, May 29, 2013;

6. Certificate of Naturalization No. 35934352 is CANCELLED, effective as of the original date of the certificate, May 29, 2013;

7. Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his May 29, 2013, naturalization;

8. Under 8 U.S.C. § 1451(f), within ten days of the date of this order, Defendant is ORDERED, within ten days of this Order, to surrender and deliver his Certificate of Naturalization No. 35934352, any and all U.S. passports or passport cards (whether current or expired), and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others) to the Attorney General or his designee, including Counsel for the United States, Devin Barrett;

9. Defendant shall deliver the items described above (his original Certificate of Naturalization, United States passports or passport cards, any other indicia of United States citizenship, and all copies thereof) to the United States Attorney General by sending them to the United States Attorney General's representative at the following address: Devin Barrett, United States Department of Justice, P.O. Box 868, Ben Franklin Station, Washington, DC 20044; and

10. If Defendant fails to deliver the items described above, Plaintiff shall inform the Court, so it can determine whether to schedule a compliance hearing, at which Defendant must

demonstrate that he has complied with this Judgment.

THUS DONE AND SIGNED in Alexandria, Louisiana this 28th day of February 2025. AT 12:10 PM CDT

_____
DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT